UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br> v.<br><br>LAWRENCE ROBERT HILL,<br><br>      Defendant. | CASE NO. 17-44 JPD<br><br>**DETENTION ORDER** |

The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

The Court received no verified information about defendant other than defendant has a lengthy criminal history.  Defendant stipulated to detention.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

DETENTION ORDER - 1

1   (3) On order of a court of the United States or on request of an attorney for the
2 Government, the person in charge of the correctional facility in which Defendant is confined
3 shall deliver the defendant to a United States Marshal for the purpose of an appearance in
4 connection with a court proceeding; and
5   (4) The Clerk shall provide copies of this order to all counsel, the United States
6 Marshal, and to the United States Probation and Pretrial Services Officer.
7   DATED this 10th day of February, 2017.

8
9                                    _____
10                                    BRIAN A. TSUCHIDA
                                      United States Magistrate Judge

DETENTION ORDER - 2